UNITED STATES of America and Arthur J. Derbes, Jr., Special Agent of the Internal Revenue Service, Petitioners-Appellees,

v.

John B. LOCOCO, as Secretary-Treasurer of Continental Produce Company, Inc., and Continental Produce Company, Inc., Respondents-Appellants,

v.

Dominick D. DIAZ (deceased), Intervenor-Appellant,
Mrs. Lottie Hugo Diaz, Substituted Intervenor-Appellant.

No. 30301

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

March 30, 1971.

Sehrt, Boyle, Wheeler & Butler, Virgil M. Wheeler, Jr., New Orleans, La., for respondents-appellants.

Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, Joseph M. Howard, John P. Burke, Attys., Tax Division, Dept. of Justice, Washington, D. C., for petitioners-appellees; Gerald J. Galling-

house, U. S. Atty., New Orleans, La., of counsel.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed.

See Local Rule 21.[1] Donaldson v. United States, 400 U.S. 517, 91 S.Ct. 534, 27 L.Ed.2d 580 [Jan. 25, 1971]; Venn v. United States, 5 Cir., 400 F.2d 207 (1968).

UNITED STATES of America, Plaintiff-Appellee,

v.

Homer Lee NORTON, Defendant-Appellant.

No. 31096

Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

March 26, 1971.

---

* Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

** Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.